UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ZYPREXA PRODUCTS LIABILITY LITIGATION | MDL 1596 |
| UFCW LOCAL 1776 AND PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND, ERIC TAYAG, and MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE, on behalf of themselves and others similarly situated<br>　　　　　　　Plaintiffs,<br>v.<br>ELI LILLY AND COMPANY,<br>　　　　　　　Defendant. | 05-CV-4115<br>05-CV-2948 |
| LOCAL 28 SHEET METAL WORKERS, on behalf of themselves and others similarly situated<br>　　　　　　　Plaintiff,<br>v.<br>ELI LILLY AND COMPANY,<br><br>　　　　　　　Defendant. | 06-CV-0021 |
| SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br>　　　　　　　Plaintiff,<br>v.<br>ELI LILLY AND COMPANY,<br><br>　　　　　　　Defendant. | 06-CV-6322 |

**JOINT STIPULATION EXTENDING TIME TO AMEND COMPLAINT AND BRIEFING SCHEDULE**

Plaintiffs UFCW Local 1776 and Participating Employers Health and Welfare Fund,

Mid-West National Life Insurance Company of Tennessee, Local 28 Sheet Metal Workers, and

Sergeants Benevolent Health and Welfare Fund (collectively "Plaintiffs") and Defendant Eli Lilly and Company ("Defendant") hereby stipulate and agree that the schedule regarding amendment of the Complaint and subsequent motion practice shall be modified as follows:

1. Lead Class Counsel shall file its proposed amended complaint, listing all those TPPs who have expressed an intention to intervene, by November 18, 2011.

2. Defendant shall file a motion opposing the filing of the amended complaint, opposing interventions, for summary judgment, seeking discovery, and any other relevant motion by December 2, 2011.

3. Plaintiffs shall file their opposition by December 23, 2011.

4. A reply and sur-reply shall be filed by December 30, 2011 and January 6, 2012, respectively.

5. Oral argument on the motions will be heard at a date to be set by the Court.


Dated: November 4, 2011

| | |
|---|---|
| /s/ James R. Dugan II | /s/ Anthony Vale |
| James R. Dugan | Nina M. Gussack |
| Doug Plymale | Anthony Vale |
| DUGAN LAW FIRM | PEPPER HAMILTON LLP |
| 365 Canal St., Suite 1000 | 3000 Two Logan Square |
| New Orleans, LA 70130 | 18th and Arch Streets |
| Tel: (504) 648-0180 | Philadelphia, PA 19103 |
| | Tel: (215) 981-4000 |

Thomas M. Sobol
Lauren G. Barnes
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 475-3700

SO ORDERED

_____
Jack B. Weinstein
Senior United States District Judge