UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ZYPREXA PRODUCTS LIABILITY LITIGATION | **ORDER**<br>04-MD-1596 |
| UFCW LOCAL 1776 AND PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND, ERIC TAYAG, and MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    – against –<br><br>ELI LILLY & COMPANY,<br><br>        Defendant. | 05-CV-2948<br>05-CV-4115 |
| LOCAL 28 SHEET METAL WORKERS, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    – against –<br><br>ELI LILLY & COMPANY,<br><br>        Defendant. | 06-CV-0021 |
| SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    – against –<br><br>ELI LILLY & COMPANY,<br><br>        Defendant. | 06-CV-6322 |

JACK B. WEINSTEIN, United States District Judge:

The United States Court of Appeals for the Second Circuit having concluded that this court's certification of a class of third-party payors as to the plaintiffs' RICO claims was inappropriate, see *UFCW Local 1776 v. Eli Lilly & Co.*, 620 F.3d 121, 131-36 (2d Cir. 2010), the class action allegations in the complaint of the third-party payor plaintiffs are stricken. The class action is superseded by the individual actions only, which are described below. See Transcript of November 14, 2011 Hearing.

The Clerk of Court shall issue new docket numbers for each of the following actions, without requiring payment of fees:

1. UFCW Local 1776 v. Eli Lilly & Co., 04-MD-1596, 11-CV---;
2. Mid-West National Life Insurance Co. of Tennessee v. Eli Lilly & Co., 04-MD-1596, 11-CV---;
3. Local 28 Sheet Metal Workers v. Eli Lilly & Co., 04-MD-1596, 11-CV---;
4. Sergeants Benevolent Association Health & Welfare Fund v. Eli Lilly & Co., 04-MD-1596, 11-CV---;
5. AFSCME District Council 37 v. Eli Lilly & Co., 04-MD-1596, 11-CV---; and
6. United Federation of Teachers Welfare Fund v. Eli Lilly & Co., 04-MD-1596, 11-CV---.

These cases shall proceed as individual actions and are deemed to have been commenced when the original class action was filed. All papers in Nos. 04-MD-1506, 05-CV-2948, 05-CV-4115, 06-CV-0021, and 06-CV-6322 are deemed to be in each of these new files.

SO ORDERED.

Jack B. Weinstein

                                                Senior United States District Judge

Date:  November 18, 2011
         Brooklyn, New York